The Hon. Ronald B. Leighton

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA**

CLARK ELMORE,

    Petitioner,

v.

JEFF UTTECHT,

    Respondent.

NO. 08-53-RBL

ORDER PERMITTING ELMORE TO FILE AN AMENDED PETITION

**ORDER**

Pursuant to the stipulation of the parties, Petitioner will be permitted to file an amended petition no later than 60 days after the Washington Supreme Court denies Elmore's *Motion for Reconsideration.* Petitioner will notify the Court and opposing counsel when that event takes place and will prepare and present an additional order specifying the exact date his amended petition will be due.

DATED this 18th of January, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

*Motion to File Amended Petition*--1

LAW OFFICES OF ELLIS, HOLMES & WITCHLEY

705 SECOND AVENUE,

SEATTLE, WA 98104
206/262-0300