HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLARK ELMORE,

               Petitioner,

    v.

JEFF UTTECHT,

               Respondent.

Case No. C08-0053RBL

ORDER GRANTING MOTION FOR STAY OF EXECUTION

Based upon a review of the records and files herein and upon Petitioner's Motion for Stay of Execution, it is hereby

**ORDERED** that the motion is **GRANTED** and Petitioner's Execution is **STAYED**; and it is further

**ORDERED** that the Attorney General of the State of Washington immediately notify Respondent Jeff Uttecht that this Court has issued a Stay of Execution.

Dated this 18th day of January, 2008.

_RonaId B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1

Dockets.Justia.com