HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLARK RICHARD ELMORE,<br><br>    Petitioner,<br><br>  v.<br><br>STEPHEN SINCLAIR,<br><br>    Respondent. | CASE NO. C08-0053RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled court upon Respondent's Memorandum of Impact of *Cullen v. Pinholster* on Elmore's Motion for Evidentiary Hearing [Dkt. #59] and Petitioner's Motion for Extension of Time to Respond to State's *Pinholster* Memorandum [Dkt. #60].

Petitioner shall file a Memorandum setting forth his position on the impact of *Cullen v. Pinholster* as soon as possible, but not later than May 17, 2011.

**IT IS SO ORDERED.**

ORDER- 1

1   The Clerk shall send uncertified copies of this order to all counsel of record, and to any
2   party appearing pro se.

3   Dated this 20th day of April, 2011.

BENJAMIN H. SETTLE
United States District Judge
for Ronald B. Leighton
United States District Judge

ORDER- 2